## IN THE SUPREME COURT, STATE OF WYOMING

## 2021 WY 7

*October Term, A.D. 2020*

*January 13, 2021*

BOARD OF PROFESSIONAL
RESPONSIBILITY, WYOMING
STATE BAR,

Petitioner,

v.

TERRI VIRGINIA SMITH, WSB
#7-4685,

Respondent.

D-20-0006

## ORDER OF IMMEDIATE SUSPENSION

[¶ 1]   **This matter** came before the Court upon a "Joint Status Report," e-filed herein December 30, 2020.  On October 15, 2020, Bar Counsel for the Wyoming Bar filed herein a "Rule 18 Report of Attorney's Conviction of a Serious Crime."  In that report, Bar Counsel informed the Court that the Federal District Court for the District of Wyoming convicted Respondent of two felonies, (1) conspiracy to delivery oxycodone and (2) distribution of cocaine.  Respondent filed a response to the report, and Bar Counsel filed a reply.  They informed the Court a disciplinary proceeding had begun and that a stipulated resolution of the formal charge was likely.  The parties agreed Respondent should not be immediately suspended from the practice of law.

[¶ 2]   On November 5, 2020, this Court entered an "Order Following Report of Conviction of a Serious Crime."  That order noted the parties agreed Respondent should not be immediately suspended from the practice of law.  The order also noted Respondent's license to practice law remained administratively suspended for non-payment of the annual license fee.  Given those circumstances, the Court concluded Respondent should not be suspended, as a disciplinary matter, at that time.  However, this Court also ordered that, "if a stipulated resolution of the Formal Charge has not been reached by January 4, 2021, this Court will impose suspension pending resolution of that charge."  On December 28, 2020, this Court entered an "Order Lifting Administrative Suspension Pending Disciplinary

Proceeding," which lifted Respondent's administrative suspension for non-payment of the annual license fee.

[¶ 3]   Now, in the "Joint Status Report," the parties inform the Court their stipulated resolution of the disciplinary matter was not approved by the Board of Professional Responsibility.  After a review of the Joint Status Report, the "Rule 18 Report of Attorney's Conviction of a Serious Crime," the materials attached thereto, and the other pleadings and orders of record, this Court finds Respondent should be suspended from the practice of law pending resolution of the formal charge filed against her.  It is, therefore,

[¶ 4]   **ADJUDGED AND ORDERED** that, effective immediately, the Respondent, Terri Virginia Smith, shall be, and hereby is, suspended from the practice of law, pending resolution of the formal charge pending against her; and it is further

[¶ 5]   **ORDERED** that, during the period of suspension, Respondent shall comply with the requirements of the Wyoming Rules of Disciplinary Procedure, particularly the requirements found in Rule 21 of those rules; and it is further

[¶ 6]   **ORDERED** that, pursuant to Rule 9(b) of the Wyoming Rules of Disciplinary Procedure, this "Order of Immediate Suspension" shall be published in the Pacific Reporter; and it is further

[¶ 7]   **ORDERED** that the Clerk of this Court shall transmit a copy of this "Order of Immediate Suspension" to Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶ 8]   **DATED** this 13th day of January, 2021.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**